May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

GRACE INSTRUMENT INDUSTRIES, LLC, Appellant

NO. 14-15-00269-CV                        V.

MELDEN SCHMIDT AND OFI TESTING EQUIPMENT, INC., Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Grace Instrument Industries, LLC.

We further order this decision certified below for observance.